UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:11-132-KKC

DELMA AMBURGEY, *Individually,*
*as Administratrix of the Estate of Jerry Michael Amburgey,*
*and as Next Friend of J.A., a minor*
PLAINTIFF

v.                               **JUDGMENT**

UNITED STATES OF AMERICA,

MOUNTAIN COMPREHENSIVE HEALTH CORPORATION
d/b/a WHITESBURG MEDICAL CLINIC, *and*

MAHMOOD ALAM, M.D.
DEFENDANTS

* * * * * * * * * * * *

In accordance with the Opinion and Order entered this day, the Court hereby

ORDERS as follows:

1) the United States' Motion to Dismiss (DE 11) is GRANTED;

2) the Plaintiffs' claims against all of the Defendants are hereby DISMISSED;

3) this action is DISMISSED and STRICKEN from the Court's active docket; and

4) this Judgment is FINAL and APPEALABLE.

September 29, 2012,

